JOHN W. TRAYNHAM v. SIDNEY HICKS.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BARRY KOWAL.

Dec. 20, 1979.  Petition for certification denied.

COURIER SYSTEMS, INC. v. AMERICAN POLICYHOLDERS INSURANCE COMPANY.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY KAPP.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. DRY AMUSEMENT INC.

Dec. 20, 1979.  Petition for certification denied.

FIDELITY UNION TRUST CO. v. NEW JERSEY HIGHWAY AUTHORITY.

Dec. 20, 1979.  Petition for certification to Superior Court, Law Division granted.